```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
COHEN MILSTEIN SELLERS & TOLL PLLC,       :    25cv7462(DLC)
                                          :
                      Plaintiff,          :
          -v-                             :    ORDER
                                          :
SEVERSTAL WHEELING, INC. RETIREMENT       :
COMMITTEE, et al.,                        :
                                          :
                      Defendants.         :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On October 23, 2025, defendants filed a motion to dismiss the complaint under the first-filed rule pursuant to the Court's discretionary powers or, in the alternative, to transfer venue to the Northern District of West Virginia pursuant to 28 U.S.C. § 1404(a). It is hereby

ORDERED that plaintiff shall file any opposition to the motion by **October 30, 2025**. Defendants' reply, if any, shall be filed by **November 4**. At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 24, 2025

                                    _____
                                         DENISE COTE
                                    United States District Judge