```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :   25cv7462 (DLC)
COHEN MILSTEIN SELLERS & TOLL PLLC,        :
                                           :
                         Plaintiff,        :
                                           :
              -v-                          :   ORDER
                                           :
SEVERSTAL WHEELING, INC. RETIREMENT        :
COMMITTEE, et al.,                         :
                                           :
                         Defendants.       :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the initial pretrial conference held today, it is hereby

ORDERED that this action is stayed in light of the related litigation in the U.S. District Court for the Northern District of West Virginia. At the time that Cohen Milstein Sellers & Toll PLLC's motion to dismiss is decided by that court, the plaintiff shall submit a letter on the docket informing this Court.

Dated:   New York, New York
         November 20, 2025

                                              DENISE COTE
                              United States District Judge