UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :        25cv7462 (DLC)
COHEN MILSTEIN SELLERS & TOLL PLLC,        :
                                           :
                            Plaintiff,     :
            -v-                            :        ORDER
                                           :
SEVERSTAL WHEELING, INC. RETIREMENT        :
COMMITTEE, et al.,                         :
                                           :
                            Defendants.    :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

On October 23, 2025, defendants filed a motion to dismiss the complaint under the first-filed rule pursuant to the Court's discretionary powers, contending that this action in the Southern District of New York should be dismissed in favor of an earlier-filed suit in the Northern District of West Virginia.

An Order of November 20, 2025 stayed this action in the Southern District of New York in light of a pending motion to dismiss in the U.S. District Court for the Northern District of West Virginia.  On December 3, plaintiff Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein") filed a letter to this Court indicating that the U.S. District Court for the Northern District of West Virginia granted Cohen Milstein's motion to dismiss for lack of personal jurisdiction.  Accordingly, it is hereby

ORDERED that the stay on this action is lifted.

IT IS FURTHER ORDERED that defendants' October 23 motion to dismiss pursuant to the first-filed rule is denied as moot, as this matter before the Southern District of New York is the only matter pending with respect to the parties' dispute.

IT IS FURTHER ORDERED that the parties shall submit a joint letter, no later than **December 9, 2025,** informing the Court as to whether both parties have consented to transfer this action to another venue.  If the parties have not reached such a consensus by then, a telephone conference is scheduled for **December 10, 2025 at 3:00 p.m.** to set a schedule for discovery and settlement discussions.  The parties shall use the following dial-in credentials for the telephone conference:

```
Dial-in:       1-855-244-8681
Access Code:   2312 042 2648
```

The parties shall use a landline if one is available.

Dated:    New York, New York
          December 3, 2025

                                  _____
                                  DENISE COTE
                                  United States District Judge

2