UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :        25cv7462 (DLC)
COHEN MILSTEIN SELLERS & TOLL PLLC,      :
                                         :
                         Plaintiff,      :
          -v-                            :              ORDER
                                         :
SEVERSTAL WHEELING, INC. RETIREMENT      :
COMMITTEE, et al.,                       :
                                         :
                         Defendants.     :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

     On December 17, 2025, defendants filed an answer to the

complaint, which asserted a counterclaim for a declaratory

judgment.  On December 22, plaintiff Cohen Milstein Sellers &

Toll PLLC filed a motion to dismiss defendants' counterclaim.

Accordingly, it is hereby

     ORDERED that defendants shall file any opposition to the

motion by **January 9, 2026.**  Plaintiff's reply, if any, shall be

filed by **January 16.**  At the time any reply is filed, the moving

party shall supply Chambers with two (2) courtesy copies of all

motion papers by mailing or delivering them to the United States

Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          December 22, 2025

                         _____
                              DENISE COTE
                         United States District Judge