UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    25cv7462 (DLC)
COHEN MILSTEIN SELLERS & TOLL PLLC,   :
                                      :
                          Plaintiff,  :
            -v-                       :    ORDER
                                      :
SEVERSTAL WHEELING, INC. RETIREMENT   :
COMMITTEE, et al.,                    :
                                      :
                          Defendants. :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

     Following a pretrial conference on December 10, 2025, a

Pretrial Scheduling Order was issued that same day scheduling a

non-jury trial to begin on July 13, 2026.  On December 17, 2025,

defendants filed an answer to the complaint and demanded a jury

trial.  Accordingly, it is hereby

     ORDERED that the December 10, 2025 Pretrial Scheduling

Order is amended.  The description of filings for a non-jury

trial is vacated.

     IT IS FURTHER ORDERED that the following schedule shall

replace the stricken provisions:

1.   The following motion will be served by the dates indicated
     below.

     Any motion for summary judgment

     -     Motion served by **June 19, 2026.**
     -     Opposition served by **July 10, 2026.**
     -     Reply served by **July 24, 2026.**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

2.  In the event no Summary Judgment motion is filed, the Joint Pretrial Order must be filed by **June 19, 2026.** As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order:  Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial.  Any responsive papers are due one week thereafter.  In the event a party does not file a Memorandum of Law, a responsive Memorandum of Law is not permitted.

SO ORDERED:

Dated:    New York, New York
          March 9, 2026

_____
DENISE COTE
United States District Judge