UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                      :

COHEN MILSTEIN SELLERS & TOLL PLLC,    :       25cv7462 (DLC)
                                        :
                   Plaintiff,    :        ORDER
          -v-               :
                                          :

SEVERSTAL WHEELING, INC. RETIREMENT   :
COMMITTEE, et al.,                :
                                        :
                Defendants.   :
                                        :
---------------------------------------- X

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **June 19, 2026**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated:    New York, New York
          June 8, 2026

                                  _____
                                      DENISE COTE
                      United States District Judge