UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
COHEN MILSTEIN SELLERS & TOLL PLLC,      :        25cv7462 (DLC)
                                         :
                        Plaintiff,       :           ORDER
            -v-                          :
                                         :
SEVERSTAL WHEELING, INC. RETIREMENT      :
COMMITTEE, et al.,                       :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On September 9, 2025, the plaintiff law firm brought this action against the defendants for breach of contract. Following the completion of discovery, a motion for summary judgment or, in its absence, a joint pretrial order was due on June 19, 2026.

On June 8, 2026, the defendants notified the Court that the parties had settled the action. That same day, the Court issued an order discontinuing the action, subject to an application being made by June 19 to restore the action. No application to restore the action has been made and the case is closed.

On June 18, 2026, the defendants submitted a proposed order seeking a finding by the Court that the defendants are authorized to disburse certain funds pursuant to "Pension Plan documents and applicable law." Those issues are beyond the scope of this action. Accordingly, it is hereby

ORDERED that the defendants' request for authorization by this Court regarding its disbursement of funds is denied.

Dated:     New York, New York
           July 2, 2026

                                        _____
                                                  DENISE COTE
                                        United States District Judge